March 20, 2020

*Via CM/ECF Efiling*

Honorable Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:   Meer v. County of Erie, et al
      Case No.: 1:17-cv-01089

Dear Judge Roemer,

    Relative to the above-referenced matter, I submitted a motion upon the consent of opposing counsel on March 4, 2020 requesting that the Court extend the Discovery Order one last time so that Plaintiffs' expert witness would have the benefit of having all relative deposition materials to formulate his opinions. While, of course, our system has been interrupted due to the dire health concerns that plague our community, I am seeking a status as to whether or not such motion will be granted. I do not want to obtain an expert opinion and expend such resources should the Court not grant this motion to extend. On the other hand, I would hope to get the expert in question the relevant materials as soon as possible so that this case's discovery can ultimately conclude.

    I apologize for any inconveniences this may cause the Court and thank you very much for your attention to this matter.

    Yours Truly,

    /s/ Matthew Albert
    Matthew Albert, Esq.
    The Law Offices of Matthew Albert Esq.
    1207 Delaware Avenue, Suite 208
    Buffalo, New York 14209
    Phone: (716) 445-4119
    Fax: (716) 608-1388

cc:   Thomas J. Navarro , Esq.