UNITED STATES OF AMERICA
WESTERN DISTRICT OF NEW YORK

COREY MEER, CINDY MEER and
COREY MEER as the Guardian and                    Case No. 1:17-cv-1089-WMS-MJR
as Custodial Father of CAYDEN MEER,
                    Plaintiffs,
vs.

COUNTY OF ERIE,
ERIE COUNTY SHERIFF TIMOTHY HOWARD,
ERIE COUNTY DEPUTY SHERIFFS' CHRIS GINNANE,
JORDAN GRABAR, MATTHEW NOECKER,
WARREN HAWTHORN, DANIEL WALCZAK,
BENJAMIN PISA, AND TIMOTHY DONOVAN.
                    Defendants,

## STIPULATION OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by their counsel, stipulate that all claims, causes of action, and counterclaims be dismissed on the merits, with prejudice, and without costs or attorneys' fees to any party.

Dated:       July 9, 2020

_____
Matthew Albert, Esq.
The Law Offices of Matthew Albert Esq.
Attorney for the Plaintiffs
2166 Church Rd.
Darien Center, New York 14040
(716) 445-4119
mattalbertlaw@gmail.com

Dated:       July 16, 2020

_____
Thomas J. Navarro, Esq.
Assistant Erie County Attorney
Attorney for the Defendants
Erie County Department of Law
95 Franklin Street, 16th Floor
Buffalo, New York 14202
(716) 858-2243
Thomas.Navarro@erie.gov